### STATE v. McKETTRICK.

The sentence of the prisoner in the Court of General Sessions is the final judgment, from which alone an appeal may be taken.

---

Upon the call of this case upon the docket of the Supreme Court, it appeared that the appellant had been convicted of an assault and battery in the Court of General Sessions for Abbeville county, at September Term, 1879; but the presiding judge refused to sentence him, as an appeal was to be taken.

This court declined to hear the appeal, as there was no final judgment from which alone an appeal would lie; the sentence of the court being, in such cases, the final judgment.